
RECEIVED
IN LAKE CHARLES, LA
MAR 24 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CASE NO. 03-20102-001 |
| VERSUS | * JUDGE MINALDI |
| JUAN CARLOS MAYEN-MORALES | * |

### ORDER

Upon petition by the United States of America under the provisions of 18 U.S.C. §3573, as amended, for remission of all of the unpaid portion of the fine and assessment imposed upon the captioned criminal defendant and the Court being sufficiently advised herein and finding that the United States Attorney has represented that all reasonable efforts to collect the fine and assessment have not been or are not likely to be effective, and further finding that the interests of justice would be served by a remission of all of the unpaid portion of the fine and assessment imposed upon said criminal defendant.

IT IS HEREBY ORDERED that all the unpaid portion of the fine and assessment imposed upon the captioned criminal defendant be, and hereby is, remitted.

THUS DONE AND SIGNED in Lake Charles, Louisiana, this 23 day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE